### 7698. CHRISTOFIELD *v.* STREET & COMPANY.

JENKINS, J. The clerk having informed the court, upon the call of this case, that the costs had not been paid, and the case having been submitted upon briefs, subject to the condition that the costs be paid within ten days, and it appearing that they have not been paid, the writ of error is, in accordance with rule 17 of this court, dismissed.

*Writ of error dismissed. Broyles, P. J., and Bloodworth, J., concur.*
DECIDED FEBRUARY 16, 1917.

Certiorari; from Laurens superior court—Judge Kent. June 15, 1916.

*Camp & Twitty,* for plaintiff in error.

*M. H. Blackshear,* contra.